October 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF ZACHARY CARDIFF SISK, AN ADULT DISABLED CHILD

NO. 14-13-00785-CV

_____

This cause, an appeal by appellant, Zachary Cardiff Sisk, from the order of dismissal in favor of appellees, Leslee Cardiff Sisk and Wallace T. Sisk, signed, June 7, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order of dismissal. We therefore order the order of dismissal of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with this court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Leslee Cardiff Sisk and Wallace T. Sisk.

We further order this decision certified below for observance.